**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMUEL SILBER; SIDNEY EDDY STRULOVITS; SHERI LYNN STRULOVITS; MOSHE GORDON; DANIEL JACOB; TSOFIYA JACOB; LEWIS WEINGER; MORIYAH SHAPIRO; JONATHAN SHAPIRO; INBAL NAZDARE LEVY; YAIR SPOLTER; ERIC CHARLES MARX; SUSAN LYNN MARX; ALON MADIEL; DANIELLE MADIEL; HOWARD RABIN; and JEFFREY T. SCHWARTZ,<br><br>          Plaintiffs,<br><br>     v.<br><br>AIRBNB, Inc.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No.18-1884 (RGA)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER FOR EXTENSION**

WHEREAS, Plaintiffs Samuel Silber, Sidney Eddy Strulovits, Sheri Lynn Strulovits, Moshe Gordon, Daniel Jacob, Tsofiya Jacob, Lewis Weinger, Moriyah Shapiro, Jonathan Shapiro, Inbal Nazdare Levy, Yair Spolter, Eric Charles Marx, Susan Lynn Marx, Alon Madiel, Danielle Madiel, Howard Rabin, and Jeffrey T. Schwartz, by and through their counsel, filed a complaint against Defendant Airbnb, Inc. ("Airbnb") in the above-captioned action on November 28, 2018;

WHEREAS, Airbnb was served through its registered agent in the State of Delaware with a summons and complaint on November 30, 2018;

WHEREAS, Plaintiffs have indicated and committed that they will file an amended complaint on or before December 26, 2018; and

WHEREAS, in light of upcoming holidays, counsels' respective schedules, the complexity of the issues presented in the complaint, and for good cause shown;

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their respective counsel, that:

1. Plaintiffs may file an Amended Complaint (the "Amended Complaint") on or before December 26, 2018;

2. Defendant Airbnb, Inc. shall answer or otherwise respond to the Complaint or the Amended Complaint, if filed, on or before January 29, 2019;

3. Plaintiffs' response in opposition to Airbnb's motion to dismiss, if filed, shall be filed on or before March 19, 2019;

4. Airbnb's reply in support of its motion to dismiss, if filed, shall be filed on or before April 9, 2019.

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Sean M. Brennecke* | */s/ Adam W. Poff* |
| David S. Eagle (DE Bar No. 3387) | C. Barr Flinn (No. 4092) |
| Sean M. Brennecke (DE Bar No. 4686) | Adam W. Poff (No. 3990) |
| 919 Market Street, Suite 1000 | Robert M. Vrana (No. 5666) |
| Wilmington, Delaware 19801 | Rodney Square |
| Tel: (302) 552-5508 | 1000 North King Street |
| deagle@klehr.com | Wilmington, Delaware 19807 |
| sbrennecke@klehr.com | Tel: (302) 571-6642 |
| | bflinn@ycst.com |
| Robert J. Tolchin (*pro hac vice application to be filed*) | apoff@ycst.com |
| THE BERKMAN LAW OFFICE, LLC | rvrana@ycst.com |
| 111 Livingston Street, Suite 1928 | |
| Brooklyn, New York 11201 | David W. Bowker (*pro hac vice application to be filed*) |
| Tel: (718) 855-3627 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| rtolchin@berkmanlaw.com | 1875 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| *Attorneys for Plaintiffs* | Tel: (202) 663-6000 |
| | david.bowker@wilmerhale.com |
| Nitsana Darshan-Leitner, Adv. | |
| NITSANA DARSHAN-LEITNER & CO. | *Attorneys for Defendant Airbnb, Inc.* |
| 11 Havatikim Street | |
| Petah Tikva, Israel 49389 | |
| U.S. Tel: (646) 661-2811 | |
| nitsanaleitner@gmail.com | |
| *Israeli Counsel for Plaintiffs* | |
| Dated: December 20, 2018 | |

SO ORDERED, this ____ day of _____, 2018

_____
The Honorable Richard G. Andrews
U.S. District Court Judge