IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL SILBER; SIDNEY EDDY STRULOVITS; SHERI LYNN STRULOVITS; MOSHE GORDON; DANIEL JACOB; TSOFIYA JACOB; LEWIS WEINGER; MORIYAH SHAPIRO; JONATHAN SHAPIRO; INBAL NAZDARE LEVY; YAIR SPOLTER; ERIC CHARLES MARX; SUSAN LYNN MARX; ALON MADIEL; DANIELLE MADIEL; GULIE MADIEL HOWARD RABIN; JEFFREY T. SCHWARTZ; and DAVID TESLER,<br><br>Plaintiffs,<br><br>v.<br><br>AIRBNB, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:18-cv-01884-RGA<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANT AIRBNB'S MOTION TO DISMISS</u>**

Pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6), Defendant Airbnb, Inc. moves to dismiss Plaintiffs' Amended Complaint. The grounds for this motion are set forth in Defendant's Opening Brief.

Dated: January 29, 2019

OF COUNSEL:

Jamie Gorelick
David W. Bowker
Benjamin Chapin
Leon T. Kenworthy
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, DC 20006

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP

/s/ Adam W. Poff
C. Barr Flinn (No. 4092)
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600

1

(202) 663-6000  bflinn@ycst.com
Jamie.Gorelick@wilmerhale.com  apoff@ycst.com
David.Bowker@wilmerhale.com  rvrana@ycst.com
Benjamin.Chapin@wilmerhale.com
Leon.Kenworthy@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on January 29, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on January 29, 2019**,** I caused the foregoing document to be served by e-mail on the following counsel of record:

>David S. Eagle
>Sean M. Brennecke
>KLEHR HARRISON HARVEY BRANZBURG LLP
>919 Market Street, Suite 1000
>Wilmington, Delaware 19801
>deagle@klehr.com
>sbrennecke@klehr.com
>
>Robert J. Tolchin
>THE BERKMAN LAW OFFICE, LLC
>111 Livingston Street, Suite 1928
>Brooklyn, New York 11201
>rtolchin@berkmanlaw.com
>
>*Attorneys for Plaintiffs*
>
>Nitsana Darshan-Leitner, Adv.
>NITSANA DARSHAN-LEITNER & CO.
>11 Havatikim Street
>Petah Tikva, Israel 49389
>nitsanaleitner@gmail.com
>
>*Israeli Counsel for Plaintiffs*

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
C. Barr Flinn (No. 4092)
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19807
Tel: (302) 571-6642
bflinn@ycst.com
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Airbnb, Inc.*