IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL SILBER; SIDNEY EDDY STRULOVITS; SHERI LYNN STRULOVITS; MOSHE GORDON; DANIEL JACOB; TSOFIYA JACOB; LEWIS WEINGER; MORIYAH SHAPIRO; JONATHAN SHAPIRO; INBAL NAZDARE LEVY; YAIR SPOLTER; ERIC CHARLES MARX; SUSAN LYNN MARX; ALON MADIEL; DANIELLE MADIEL; GULIE MADIEL HOWARD RABIN; JEFFREY T. SCHWARTZ; and DAVID TESLER,<br><br>          Plaintiffs,<br><br>    v.<br><br>AIRBNB, Inc.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:18-cv-01884-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ADAM W. POFF, ESQUIRE
IN SUPPORT OF DEFENDANT AIRBNB'S MOTION TO DISMISS**

I, Adam W. Poff, declare as follows:

1.  I am a partner at the law firm of Young Conaway Stargatt & Taylor, LLP and I am admitted to practice before both the United States District Court for the District of Delaware and the Supreme Court of the State of Delaware. I am counsel for Defendant Airbnb, Inc. in this action.

2.  I make this declaration in support of Airbnb, Inc.'s motion to dismiss.

3.  Attached hereto as Exhibit A is a true and correct copy of the Advisory Opinion of the International Court of Justice, *Legal Consequences of the Construction of a Wall in the*

*Occupied Palestinian Territory*, 2004 I.C.J. 136 (July 9, 2004), which is available at https://www.icj-cij.org/files/case-related/131/131-20040709-ADV-01-00-EN.pdf.

4. Attached hereto as Exhibit B is a true and correct copy of a letter from Herbert J. Hansel at the United States Department of State Office of the Legal Advisor to the House Committee on Foreign Affairs in Response to an Inquiry Regarding the U.S. Vote on UNSCR 465 from April 21, 1978.

5. Attached hereto as Exhibit C is a true and correct copy of the Summary of the Opinion Concerning Unauthorized Outposts by Talya Sason, dated March 10, 2005, and published on the website of the Israeli Ministry of Foreign Affairs, which is available at https://mfa.gov.il/mfa/aboutisrael/state/law/pages/summary%20of%20opinion%20concerning%20unauthorized%20outposts%20-%20talya%20sason%20adv.aspx.

6. Attached hereto as Exhibit D is a true and correct copy of the White House Press Briefing, Statement by Press Secretary Sean Spicer from February 2, 2017, which is available at https://www.whitehouse.gov/briefings-statements/statement-press-secretary.

7. Attached hereto as Exhibit E is a true and correct copy of the White House Press Briefing, Statement by Press Secretary Josh Earnest from October 5, 2016, which is available at https://obamawhitehouse.archives.gov/the-press-office/2016/10/05/press-briefing-press-secretary-josh-earnest-1052016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2019.

_____
ADAM W. POFF (No. 3990)

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on January 29, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on January 29, 2019, I caused the foregoing document to be served by e-mail on the following counsel of record:

>David S. Eagle
>Sean M. Brennecke
>KLEHR HARRISON HARVEY BRANZBURG LLP
>919 Market Street, Suite 1000
>Wilmington, Delaware 19801
>deagle@klehr.com
>sbrennecke@klehr.com
>
>Robert J. Tolchin
>THE BERKMAN LAW OFFICE, LLC
>111 Livingston Street, Suite 1928
>Brooklyn, New York 11201
>rtolchin@berkmanlaw.com
>
>*Attorneys for Plaintiffs*
>
>Nitsana Darshan-Leitner, Adv.
>NITSANA DARSHAN-LEITNER & CO.
>11 Havatikim Street
>Petah Tikva, Israel 49389
>nitsanaleitner@gmail.com
>
>*Israeli Counsel for Plaintiffs*

01:23986963.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
C. Barr Flinn (No. 4092)
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19807
Tel: (302) 571-6642
bflinn@ycst.com
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Airbnb, Inc.*