IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMUEL SILBER; SIDNEY EDDY )
STRULOVITS; SHERI LYNN )
STRULOVITS; MOSHE GORDON; )
DANIEL JACOB; TSOFIYA JACOB; )
LEWIS WEINGER; MORIYAH )
SHAPIRO; JONATHAN SHAPIRO; )
INBAL NAZDARE LEVY; YAIR )
SPOLTER; ERIC CHARLES MARX; )
SUSAN LYNN MARX; ALON MADIEL; )
DANIELLE MADIEL; GULIE MADIEL )
HOWARD RABIN; JEFFREY T. )
SCHWARTZ; and DAVID TESLER, )
                              )
        Plaintiffs,           )
                              )          C.A. No. 1:18-cv-01884-RGA
    v.                        )
                              )
AIRBNB, Inc.,                 )
                              )
        Defendant.            )

**DECLARATION OF KYLE MILLER IN
SUPPORT OF DEFENDANT AIRBNB'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER UNDER RULE 12(B)(1)**

I, Kyle Miller, hereby declare as follows:

1.      I am currently employed by Airbnb Inc. ("Airbnb") as Product Manager.  I work

at 888 Brannan Street, San Francisco, CA 94103.  I have been a Product Manager at Airbnb

since January 5, 2015.  I received a bachelor's degree in Economics and Finance from Claremont

McKenna College, and have over 10 years of product management experience, including at

Kiva.org and Atlassian.

2.      I work at Airbnb at the intersection of product and public policy.  I currently lead

a team of 20 people, and we are responsible for building and scaling a suite of host-facing

1

regulatory products. These include tools for removing or blocking host listings in particular markets.

3.     I have personal knowledge of the facts set forth below.

## I.     AIRBNB'S PLATFORM

4.     Airbnb provides an online home-sharing platform that connects third-parties (called "Hosts") who wish to offer their properties, with third-party travelers (called "Guests") who seek to book those properties as accommodations.

5.     I am familiar with the process by which Airbnb users register as members and utilize Airbnb's platform and services.

## II.     AIRBNB'S TERMS OF SERVICE

6.     To become an Airbnb "user," individuals must register and create an account.

7.     I understand that, at all times after August 15, 2011, no Airbnb user (Host or Guest) could list or book a property via the Airbnb platform, or otherwise use Airbnb's platform or services, without first registering, creating an account, and agreeing to the then-current Terms of Service ("ToS") (among other agreements).

8.     Airbnb periodically updates its ToS. Airbnb requires users to agree to updated ToS in order to continue using Airbnb's platform and services.

9.     Individuals who are not users (*i.e.*, registered account holders who have agreed to the ToS) and merely want or wish to use Airbnb's platform and services, are not able to access and use Airbnb's platform and services. Such individuals are unable to list, rent, or book properties, or otherwise transact business, through Airbnb.

2

### III.    AIRBNB'S "LISTINGS IN DISPUTED REGIONS POLICY"

10.     In my position as Product Manager, I have knowledge of Airbnb's "Listings in Disputed Regions Policy" (the "Policy"), which was posted to Airbnb's website on November 19, 2018. *See* Exhibit A. The Policy explains that Airbnb applies a five-part framework in determining whether to remove listings for accommodations located in disputed regions around the world.

11.     Although Airbnb stated in its Policy announcement that it had decided to remove listings in Israeli settlements in the West Bank, the Policy has not been implemented in practice. I understand that there are approximately 200 listings at issue. Because no implementation efforts have occurred, none of those listings in Israeli settlements in the West Bank has been removed, blocked or altered on the basis of the Policy and (unless removed for a different reason such as host decision or customer service issue) all remain accessible on Airbnb's platform and available for bookings.

12.     I understand that Airbnb continues to work with a range of experts and stakeholders to review its Disputed Regions framework and its application in Israeli settlements in the West Bank. I further understand that Airbnb is currently assessing how and when to implement the Policy in practice, and will implement the Policy only after it has completed this assessment. The timing and method of implementation for listings in Israeli settlements in the West Bank has not been decided.

13.     Users continue to be able to list and book properties in Israeli settlements in the West Bank. Airbnb data indicates that users with listings in Israeli settlements in the West Bank have had have their properties booked and paid for by Guests using Airbnb's platform and services since the announcement of the decision on November 19, 2018.

3

I declare under penalty of perjury under the laws that the foregoing is true and correct.

Executed on January 29, 2019.

Kyle Miller

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on January 29, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on January 29, 2019, I caused the foregoing document to be served by e-mail on the following counsel of record:

David S. Eagle
Sean M. Brennecke
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
deagle@klehr.com
sbrennecke@klehr.com

Robert J. Tolchin
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
rtolchin@berkmanlaw.com

*Attorneys for Plaintiffs*

Nitsana Darshan-Leitner, Adv.
NITSANA DARSHAN-LEITNER & CO.
11 Havatikim Street
Petah Tikva, Israel 49389
nitsanaleitner@gmail.com

*Israeli Counsel for Plaintiffs*

01:23986963.1

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
C. Barr Flinn (No. 4092)
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19807
Tel: (302) 571-6642
bflinn@ycst.com
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Airbnb, Inc.*

2

01:23986963.1