# EXHIBIT A

# Listings in Disputed Regions

November 19, 2018 by Airbnb



There are conflicting views regarding whether companies should be doing business in the occupied territories that are the subject of historical disputes between Israelis and Palestinians.

US law permits companies like Airbnb to engage in business in these territories. At the same time, many in the global community have stated that companies should not do business here because they believe companies should not profit on lands where people have been displaced. Others believe that companies should not withdraw business operations from these areas.

For us, the question centers on the approximately 200 Airbnb listings in Israeli settlements in the West Bank and whether they should be available for rent on our platform. We are most certainly not the experts when it comes to the historical disputes in this region. Our team has wrestled with this issue and we have struggled to come up with the right approach.

In the past, we made clear that we would operate in this area as allowed by law. We did this because we believe that people-to-people travel has considerable value and we want to help bring people together in as many places as possible around the world. We also explained that going forward we would ask questions, listen to experts, seek out our community for their thoughts, and continue to learn.

Since then, we spent considerable time speaking to various experts — including those who have criticized our previous approach — about this matter. As a global platform operating in 191 countries and regions and more than 81,000 cities, we must consider the impact we have and act responsibly. Accordingly, we have developed a framework for evaluating

how we should treat listings in occupied territories. When evaluating these types of situations, we will:

1. Recognize that each situation is unique and requires a case-by-case approach.
2. Consult with a range of experts and our community of stakeholders.
3. Assess any potential safety risks for our hosts and guests.
4. Evaluate whether the existence of listings is contributing to existing human suffering.
5. Determine whether the existence of listings in the occupied territory has a direct connection to the larger dispute in the region.

When we applied our decision-making framework, we concluded that we should remove listings in Israeli settlements in the occupied West Bank that are at the core of the dispute between Israelis and Palestinians.

We know that people will disagree with this decision and appreciate their perspective. This is a controversial issue. There are many strong views as it relates to lands that have been the subject of historic and intense disputes between Israelis and Palestinians in the West Bank. Airbnb has deep respect for those views. Our hope is that someday sooner rather than later, a framework is put in place where the entire global community is aligned so there will be a resolution to this historic conflict and a clear path forward for everybody to follow. As of today, this is an aspirational hope. People of goodwill have been seeking this goal for decades but we continue to hope for a durable, lasting peace.

## Further Information

**What is the status of hosting in Israel?**

There are more than 20,000 Airbnb hosts in places like Tel Aviv, Jerusalem, and other parts of Israel, and Airbnb is very proud of our robust community of wonderful hosts throughout the region. These hosts have helped visitors travel to communities all over Israel. We are excited that our Israeli hosts make it possible for more and more people to visit communities in Haifa and Tel Aviv, drive from one holy site to another, and achieve greater

https://press.airbnb.com/listings-in-disputed-regions/

understanding about the remarkable history of the people in this incredible land.

**Is the Airbnb platform available for bookings in East Jerusalem and the Golan Heights?**

The platform continues to be available for bookings in settlements in East Jerusalem and Golan Heights.

**Have you stopped allowing reservations in other disputed territories?**

The global framework will be applied in an ongoing manner. Airbnb has previously removed listings in Crimea as a result of international sanctions and they are currently not available on the Airbnb platform.

**What is your anti discrimination approach?**

In 2016, Airbnb launched our Community Commitment, which requires all members of our community to affirmatively agree to "treat everyone in the Airbnb Community – regardless of their race, religion, national origin, ethnicity, disability, sex, gender identity, sexual orientation, or age – with respect, and without judgment or bias."

We have consistently applied this commitment and our anti-discrimination policy and have a track record of working to ensure that neither the platform nor those using the platform are engaging in bias or discrimination.

**Is Airbnb boycotting Israel?**

Airbnb is not boycotting Israel. Airbnb does not support the BDS movement, any boycott of Israel, or any boycott of Israeli companies.

Our announcement affects approximately 200 listings in the West Bank and major US-based multinational hotel chains also do not offer accommodations in these areas.

To be clear, our announcement does not apply to more than 20,000 listings in Israel — including in Jerusalem and Golan Heights —  and hosts continue to share their places with travelers.

https://press.airbnb.com/listings-in-disputed-regions/