IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL SILBER; SIDNEY EDDY STRULOVITS; SHERI LYNN STRULOVITS; MOSHE GORDON; DANIEL JACOB; TSOFIYA JACOB; LEWIS WEINGER; MORIYAH SHAPIRO; JONATHAN SHAPIRO; INBAL NAZDARE LEVY; YAIR SPOLTER; ERIC CHARLES MARX; SUSAN LYNN MARX; ALON MADIEL; DANIELLE MADIEL; GULIE MADIEL; HOWARD RABIN; JEFFREY T. SCHWARTZ; and DAVID TESLER,<br><br>        Plaintiffs,<br><br>    v.<br><br>AIRBNB, Inc.,<br><br>        Defendant. | C.A. No. 1:18-cv-01884-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action. Such dismissal is on the merits and with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| KLEHR HARRISON<br>HARVEY BRANZBURG LLP | YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP |
| /s/ David S. Eagle<br>David S. Eagle (#3387)<br>Sean M. Brennecke (#4686)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 552-5518<br>Email: deagle@klehr.com<br>         sbrennecke@klehr.com | /s/ Adam W. Poff<br>C. Barr Flinn (#4092)<br>Adam W. Poff (#3990)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Email: bflinn@ycst.com<br>         apoff@ycst.com<br>         rvrana@ycst.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Airbnb, Inc.* |

SO ORDERED this 10 day of April, 2019

/s/ Richard G. Andrews
United States District Judge